AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McCoun III, Thomas B. | 2. Court or Organization<br><br>U.S District Court, M.D. Fla. | 3. Date of Report<br><br>08/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Fulltime U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>Sam. M. Gibbons U.S. Courthouse<br>801 No. FLorida Ave., Suite 1254<br>Tampa, FL 33602 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Placido Bayou Realty, Inc. - realtor/broker commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Wells Fargo Advisors: | | | | | | | | | |
| 2. W.F. Bank | A | Interest | J | T | | | | | |
| 3. iShares iBoxx$yld | A | Dividend | J | T | | | | | |
| 4. iShares TR MSCI Em. Fd. | A | Dividend | J | T | | | | | |
| 5. Powershares DVD | A | Dividend | J | T | | | | | |
| 6. Medtronic Conv. Nts. | A | Interest | J | T | | | | | |
| 7. -Hartford Fin'l Sr. Nts. | A | Interest | J | T | | | | | |
| 8. -Regions Fin'l Com. St. | A | Dividend | J | T | | | | | |
| 9. -Am. Fds. - Inc. Co. of America-A Fd.4 | A | Dividend | J | T | | | | | |
| 10. IRA # 1: | B | Dividend | K | T | | | | | |
| 11. -Eq. Income Fd. | | | | | | | | | |
| 12. -One Choice Portfolio Fd. | | | | | | | | | |
| 13. -Mass. Mutual Wh. Life Ins. | A | Dividend | K | T | | | | | |
| 14. IRA # 2: | B | Int./Div. | M | T | | | | | |
| 15. -W.F. Bank | | | | | | | | | |
| 16. -AJG | | | | | | | | | |
| 17. -BWP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -LLY | | | | | Buy | 5/5/11 | J | | |
| 19.  -FE | | | | | Sold (part) | 6/17/11 | J | A | |
| 20.  -HCP | | | | | | | | | |
| 21.  -iShares-IVW | | | | | Buy | 10/5/11 | J | | |
| 22. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 23. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 24. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 25.  -MRK | | | | | Buy | 3/16/11 | J | | |
| 26.  -PGH | | | | | Buy | 9/27/11 | J | | |
| 27.  -PowerShares-UUP | | | | | Buy | 9/15/11 | J | | |
| 28. | | | | | Sold (part) | 12/14/11 | J | A | |
| 29.  -PowerShares-PHB | | | | | Sold (part) | 5/6/11 | J | A | |
| 30. | | | | | Buy | 8/8/11 | J | | |
| 31. | | | | | Buy (add'l) | 8/19/11 | J | | |
| 32. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 33. | | | | | Sold (part) | 8/19/11 | J | A | |
| 34. | | | | | Sold (part) | 9/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PowerShares-DBC | | | | | Sold | 6/30/11 | J | A | |
| 36. -PGN | | | | | Buy | 9/27/11 | J | | |
| 37. -SDY | | | | | Buy | 9/9/11 | J | | |
| 38. | | | | | Buy (add'l) | 9/30/11 | J | A | |
| 39. -VIG | | | | | Buy | 6/6/11 | J | | |
| 40. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 41. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 42. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 43. | | | | | Sold (part) | 8/19/11 | J | A | |
| 44. -VOD | | | | | Buy | 2/11/11 | J | | |
| 45. -Medtronic Conv. Nt | | | | | | | | | |
| 46. -Unitrin Inc. Sr Nt. | | | | | | | | | |
| 47. -Tenneco Packaging Nt. | | | | | | | | | |
| 48. -DBLFX | | | | | Buy | 12/28/11 | J | | |
| 49. -DBLTX | | | | | Buy | 5/19/11 | J | | |
| 50. -RSFYX | | | | | | | | | |
| 51. -HSGFX | | | | | Buy | 9/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/10/11 | J | | |
| 53. -HSTRX | | | | | Buy | 9/26/11 | J | | |
| 54. -NEEEU | | | | | | | | | |
| 55. -CSFL | | | | | Buy | 1/11/11 | J | | |
| 56. | | | | | Sold | 12/15/11 | J | A | |
| 57. -IOC | | | | | Buy | 1/18/11 | J | | |
| 58. | | | | | Buy (add'l) | 8/6/11 | J | A | |
| 59. -HSGFX | | | | | Buy | 1/18/11 | J | | |
| 60. | | | | | Sold | 6/1/11 | J | A | |
| 61. -ABT | | | | | Buy | 1/18/11 | J | | |
| 62. | | | | | Sold | 4/15/11 | J | A | |
| 63. -DBC | | | | | Sold | 1/26/11 | J | A | |
| 64. -CA | | | | | Buy | 1/26/11 | J | | |
| 65. | | | | | Sold | 8/5/11 | J | A | |
| 66. -BM | | | | | Sold (part) | 1/26/11 | J | A | |
| 67. | | | | | Sold | 9/13/11 | J | A | |
| 68. -UUP | | | | | Buy | 2/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 70. | | | | | Sold | 3/22/11 | J | A | |
| 71. | | | | | Buy | 6/30/11 | J | | |
| 72. | | | | | Sold | 8/8/11 | J | A | |
| 73. -ILF | | | | | Sold | 2/14/11 | J | A | |
| 74. -ADM Conv. Nt. | | | | | Sold | 3/11/11 | J | A | |
| 75. -FAX | | | | | Sold (part) | 3/3/11 | J | A | |
| 76. | | | | | Sold | 8/15/11 | J | A | |
| 77. -PBI | | | | | Buy | 3/16/11 | J | | |
| 78. | | | | | Sold | 8/26/11 | J | A | |
| 79. -MRVL | | | | | Buy | 3/16/11 | J | | |
| 80. | | | | | Sold | 11/28/11 | J | A | |
| 81. -TM | | | | | Buy | 3/23/11 | J | | |
| 82. | | | | | Sold | 12/5/11 | J | A | |
| 83. -SLX | | | | | Buy | 3/23/11 | J | | |
| 84. | | | | | Sold | 8/19/11 | J | A | |
| 85. -F | | | | | Buy | 3/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 87. | | | | | Sold | 11/28/11 | J | A | |
| 88.   -KOL | | | | | Buy | 4/12/11 | J | | |
| 89. | | | | | Sold | 9/13/11 | J | A | |
| 90.   -GOOG | | | | | Buy | 4/15/11 | J | | |
| 91. | | | | | Sold | 8/16/11 | J | A | |
| 92.   -VZ | | | | | Sold | 4/20/11 | J | A | |
| 93.   -RIMM | | | | | Buy | 5/5/11 | J | | |
| 94. | | | | | Sold | 8/31/11 | J | A | |
| 95.   -SLV | | | | | Buy | 5/5/11 | J | | |
| 96. | | | | | Sold | 7/14/11 | J | A | |
| 97.   -BBY | | | | | Sold | 5/5/11 | J | A | |
| 98.   -EFZ | | | | | Buy | 5/12/11 | J | | |
| 99. | | | | | Sold | 7/29/11 | J | A | |
| 100.  -EEM | | | | | Sold | 5/12/11 | J | A | |
| 101.  -AEE | | | | | Sold | 5/12/11 | J | A | |
| 102.  -TBX | | | | | Buy | 6/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 8/19/11 | J | A | |
| 104. -SWN | | | | | Sold (part) | 6/17/11 | J | A | |
| 105. | | | | | Sold | 8/17/11 | J | A | |
| 106. -IWV | | | | | Buy | 7/11/11 | J | | |
| 107. | | | | | Sold | 7/28/11 | J | A | |
| 108. -MSFT | | | | | Sold | 7/28/11 | J | A | |
| 109. -SPY | | | | | Buy | 8/1/11 | J | | |
| 110. | | | | | Sold (part) | 8/5/11 | J | A | |
| 111. | | | | | Sold | 8/15/11 | J | A | |
| 112. -RST | | | | | Sold | 8/5/11 | J | A | |
| 113. -VOO | | | | | Buy | 8/8/11 | J | | |
| 114. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 115. | | | | | Sold (part) | 8/15/11 | J | A | |
| 116. | | | | | Sold | 8/26/11 | J | A | |
| 117. -NEM | | | | | Buy | 8/15/11 | J | | |
| 118. | | | | | Sold | 8/19/11 | J | A | |
| 119. -HYG | | | | | Buy | 8/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 121. | | | | | Sold | 10/12/11 | J | A | |
| 122. -KMP | | | | | Sold | 9/7/11 | J | A | |
| 123. -IBB | | | | | Sold | 9/12/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding section VII, line 47,Tenneco Packaging Nt. was formerly identified as "PacTiv Corp. Deb. Sr." at line 69 of the 2010 report.  Whether by corporate merger or otherwise, "Tenneco Packaging Nt." is how it is now reported.

| Name of Person Reporting | Date of Report |
|---|---|
| McCoun III, Thomas B. | 08/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. McCoun III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544